

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00314-CV

SHANE CAIN,

                                                                    Appellant

 v.

TDCJ-ID,

                                                                    Appellee

From the 278th District Court
Walker County, Texas
Trial Court No. 25,633

## MEMORANDUM  OPINION

Shane Cain has filed a motion to dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

                                                        AL SCOGGINS
                                                        Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed September 7, 2011
[CV06]